## Commonwealth *v.* Marshall, Appellant.

Before MARRONE, J.

Submitted September 8, 1975. *Robert Marshall,* appellant, *in propria persona; Timothy M. Knauer,* Assistant District Attorney, and *William H. Lamb,* District Attorney, for Commonwealth, appellee.

Order affirmed.

## Commonwealth *v.* Martin, Appellant.

Before HESS, J.

Submitted September 8, 1975. *William F. Ochs, Jr.,* Assistant Public Defender, for appellant; *Grant E. Wesner,* Deputy District Attorney, and *Robert L. VanHoove,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.